UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WAYNE E. KLAUSING,

        Plaintiff,                            Case No.  1:16-CV-495

v.                                       Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 13, 2017.  The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 13, 2017 (ECF No. 26) is adopted as the opinion of the Court.

      **IT IS FURTHER ORDERED** that the stipulated request for attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 24) is **GRANTED**.  Plaintiff is hereby awarded attorney's fees and costs in the amount of $4,300.00.

Dated:  January 27, 2017                      /s/ Gordon J. Quist
                                          GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE